IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01631-ZLW-MJW

PATRICE MANNING,

Plaintiff(s),

v.

ALLSATE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Reschedule the December 14, 2005 Scheduling/ Planning Conference, (DN 9) filed with the Court on October 27, 2005, is GRANTED.  The Scheduling Conference set on December 14, 2005, at 10:00 a.m., is VACATED and RESET on December 15, 2005, at 8:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:  November 2, 2005