## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF COLORADO
### Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01631-ZLW-MJW

PATRICE MANNING,

     Plaintiff,

v.

ALLSTATE Insurance Company, an Illinois corporation,

     Defendant.

---

## ~~PROPOSED~~ ORDER RE: UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE
### ( Dockes pd 15 )

---

**THE COURT**, having reviewed Plaintiff's Unopposed Motion to Vacate Settlement Conference and being fully advised herein, hereby GRANTS said motion and ORDERS that the Settlement Conference scheduled for March 2, 2006 at 10:30 a.m. is VACATED and is hereby rescheduled for May 9, 2006 at 3:00 p.m.

SO ORDERED this 27th day of February, 2006

BY THE COURT:

Manny Juare

Magistrate Judge Michael J. Watanabe