IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1631-ZLW-MJW

PATRICE MANNING,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

_____

ORDER
_____

    In consideration of the Order entered by Magistrate Judge Michael J. Watanabe on May 31, 2006, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before June 5, 2006.  If by that date settlement papers have not been received by the Court, on June 12, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __1__ day of May, 2006.

                                     BY THE COURT:

                                     _____
                                     ZITA L. WEINSHIENK, Judge
                                     United States District Court