IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01631-ZLW-MJW

PATRICE MANNING,

   Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

   Defendant.

_____

ORDER OF DISMISSAL
_____

   Pursuant to and in accordance with the Stipulation of Dismissal With Prejudice filed by the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is

   ORDERED that this the Complaint and cause of action and all claims asserted therein are dismissed with prejudice pursuant to Rule 41 of the Federal Rule of Civil Procedure, the parties to bear their own costs and attorney's fees.

   DATED at Denver, Colorado, this __7__ day of June, 2006.

   BY THE COURT:

   *[signature]*
   ZITA L. WEINSHIENK, Senior Judge
   United States District Court